# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ABET TECHNOLOGIES LLC, | ) | Case No. 09-17878 |
| | ) | |
| Debtor/Debtor-in-Possession. | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing:  June 21, 2010 at 9:30 a.m. |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 21, 2010, at 9:30 a.m., the undersigned shall appear before the Honorable A. Benjamin Goldgar, United States Bankruptcy Judge, in the courtroom usually occupied by him in the United States Bankruptcy Court, 219 South Dearborn Street, courtroom 613, Chicago, Illinois, and then and there present **USRG Power & Biofuels Fund II, L.P.' Motion for Approval of Stipulation and Agreed Order With Debtor Abet Technologies LLC Revising Certain Dates Contained in Final Pretrial Order**, a copy of which is attached hereto and herewith served upon you.

Dated:  June 15, 2010                    Respectfully submitted,

                                         **USRG POWER & BIOFUELS FUND II, L.P.**

                                          /s/  Jeffrey M. Heller
                                          One of its Attorneys

                                         John S. Delnero (No. 6195914)
                                         Jeffrey M. Heller (No. 6294314)
                                         K&L GATES LLP
                                         70 West Madison Street, Suite 3100
                                         Chicago, Illinois 60602-4207
                                         Telephone:  (312) 372-1121
                                         Facsimile:  (312) 827-8000

E-482594 v1

## **CERTIFICATE OF SERVICE**

      I, Jeffrey M. Heller, an attorney, do hereby certify that on June 15, 2010, I caused true and correct copies of the **Notice of Motion** and the **USRG Power & Biofuels Fund II, L.P.' Motion for Approval of Stipulation and Agreed Order With Debtor Abet Technologies LLC Revising Certain Dates Contained in Final Pretrial Order** to be served upon the parties listed on the attached service list via CM/ECF, the Court's electronic filing system.

Dated: June 15, 2010                                                           /s/ Jeffrey M. Heller

- 2 -

**Parties Served Via CM/ECF**

Jeffrey C Dan on behalf of Debtor Abet Technologies LLC, a Delaware limited liability Company
jdan@craneheyman.com  slydon@craneheyman.com  dwelch@craneheyman.com

William T Neary
USTPRegion11.ES.ECF@usdoj.gov

David K Welch on behalf of Debtor Abet Technologies LLC, a Delaware limited liability Company
dwelch@craneheyman.com  gbalderas@craneheyman.com  jdan@craneheyman.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ABET TECHNOLOGIES LLC, | ) | Case No. 09-17878 |
| | ) | |
| Debtor/Debtor-in-Possession. | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | Hearing: June 21, 2010 at 9:30 a.m. |

**USRG POWER & BIOFUELS FUND II, L.P.' MOTION FOR APPROVAL OF STIPULATION AND AGREED ORDER WITH DEBTOR ABET TECHNOLOGIES LLC REVISING CERTAIN DATES CONTAINED IN FINAL PRETRIAL ORDER**

USRG Power & Biofuels Fund II, L.P. ("*USRG*"), the sole secured creditor of Abet Technologies LLC (the "*Debtor*"), hereby moves the Court (the "*Motion*") to approve the *Stipulation and Agreed Order With Debtor Abet Technologies LLC Revising Certain Dates Contained in Final Pretrial Order* (the "*Stipulation and Agreed Order*"), substantially in the form attached hereto as Exhibit A, (i) extending the deadline for the Debtor to respond to USRG's discovery requests until June 16, 2010, and (ii) extending the following deadlines until June 24, 2010: (a) the deadline to exchange copies of all exhibits and exhibit lists, and to submit such exhibit lists to chambers; and (b) the deadline to exchange and file with the court a list of all witnesses that the parties intend to call at the hearing, and to submit a copy of the witness lists to chambers.  In support of this Motion, the Debtors respectfully state as follows:

**Jurisdiction**

This Court has jurisdiction over this Motion under 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue of this proceeding and this Motion in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

E-482594 v1

## Relief Requested

On May 18, 2009 (the "*Petition Date*"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor continues to operate its business and manage its financial affairs as debtor in possession. No trustee, examiner, or committee of unsecured creditors has been appointed to serve in the Debtor's bankruptcy case.

On April 26, 2010, this Court entered the *Final Pretrial Order* which contained, among other things, a discovery cut-off date of June 17, 2010 and deadlines to exchange and file witness and exhibits lists of June 17, 2010.

On May 13, 2010, USRG served its First Set of Interrogatories, First Set of Requests for the Production of Documents and First Set of Requests for Admission on Debtor Abet Technologies LLC. Responses to these documents were due on June 14, 2010.

On June 11, 2010, the Debtor served its Responses to USRG's First Set of Requests for Admission.

On June 14, 2010, the Debtor's counsel sent an e-mail to USRG's counsel requesting a two-day extension of time to respond to USRG's First Set of Interrogatories and First Set of Requests for the Production of Documents. In connection with this request, the Debtor's counsel informed USRG's counsel that he was preparing for a trial on June 15, 2010, and did not know if he would be able to fully respond to such requests by the end of the day.

Because of other upcoming deadlines, USRG expressed concern as to whether it would have enough time to prepare its witness and exhibit lists in light of information obtained during discovery. Additionally, with a discovery cut-off date of June 17, 2010, USRG was concerned

that it would not have ample time to address any concerns that it may have in connection with the Debtor's discovery responses.

To resolve these concerns, USRG agreed to grant the two-day extension of time for the Debtor to respond to USRG's outstanding discovery requests if the Debtor would agree to extend all of this Thursday's other deadlines, specifically the filing and exchanging of witness and exhibit lists. The Debtor agreed to these extensions.

Accordingly, USRG is filing this Motion to approve the Stipulation and Agreed Order to extend certain deadlines contained in this Court's *Final Pretrial Order* as follows: (i) extending the deadline for the Debtor to respond to USRG's discovery requests until June 16, 2010, and (ii) extending the following deadlines until June 24, 2010: (a) the deadline to exchange copies of all exhibits and exhibit lists, and to submit such exhibit lists to chambers; and (b) the deadline to exchange and file with the court a list of all witnesses that the parties intend to call at the hearing, and to submit a copy of the witness lists to chambers.

WHEREFORE, USRG respectfully requests that the Court (a) enter the attached Stipulation and Agreed Order; and (b) grant such other and further relief as the Court deems just and proper.

Dated: June 15, 2010                                Respectfully submitted,

                                                    **USRG POWER & BIOFUELS FUND II, L.P.**

                                                     /s/  Jeffrey M. Heller
                                                      One of its Attorneys

                                                    John S. Delnero (No. 6195914)
                                                    Jeffrey M. Heller (No. 6294314)
                                                    K&L GATES LLP
                                                    70 West Madison Street, Suite 3100
                                                    Chicago, Illinois 60602-4207
                                                    Telephone:  (312) 372-1121
                                                    Facsimile:  (312) 827-8000